**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF INDIANA**
**FORT WAYNE DIVISION**

| | | |
|---|---|---|
| IN THE MATTER OF | ) | |
| | ) | |
| RICK ALLEN LAWHEAD | ) | BANKRUPTCY CASE NUMBER 09-13266 |
| DENISE DIANE LAWHEAD | ) | CHAPTER 7 |
| | ) | |
| DEBTORS. | ) | |

**NOTICE PURSUANT TO F.R.B.P. 3010**

Comes now the Trustee, Yvette Gaff Kleven, and advises that dividends to the below-listed creditors were less than $5.00 each:

| | | |
|---|---|---|
| CLAIM # 1 | Lutheran Hospital of Indiana<br>7950 West Jefferson Boulevard<br>Fort Wayne, Indiana   46804 | $ 1.36 |
| CLAIM # 4 | United Telephone Company of Indiana, Inc.<br>Post Office Box 7971<br>Shawnee Mission, Kansas   66207-0971 | $ 0.46 |
| CLAIM # 5 | Merchants Retail Credit Association, Inc.<br>Med & Dent Business Bureau of Allen Co.<br>Post Office Box 11285<br>333 East Washington Boulevard<br>Fort Wayne, Indiana   46857 | $ 1.36 |
| CLAIM # 8U | Indiana Department of Revenue<br>Bankruptcy Section, N-240<br>100 North Senate Avenue<br>Indianapolis, Indiana   46204 | $ 0.72 |
| | **TOTAL:** | **$ 3.90** |

Respectfully submitted,

_____/s/ Yvette Gaff Kleven_____
Yvette Gaff Kleven, Chapter 7 Trustee
927 South Harrison Street
Fort Wayne, Indiana   46802
Telephone:  260 / 407-7000
ygk@sak-law.com

<u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on the 17th day of February, 2011, a true and correct copy of the above and foregoing NOTICE PURSUANT TO F.R.B.P. 3010 was transmitted electronically through the Bankruptcy Court's ECF System to: the United States Trustee, at <u>USTPRegion10.SO.ECF@usdoj.gov</u>,, and was sent via first class United States mail, postage prepaid, to the Creditors listed above at the addresses indicated.

                                                ____/s/ Yvette Gaff Kleven_____
                                                Yvette Gaff Kleven